AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

USPS Priority Mail parcel 9505 5151 8193 6132 4000 11 mailed to Fabian Ramos, 4516 Cain St., Fort Worth, TX 76103

Case No. 4:26-MJ-392

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Texas, Fort Worth Division *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail parcel 9505 5151 8193 6132 4000 11 mailed to Fabian Ramos, 4516 Cain St., Fort Worth, TX 76103

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Controlled substances, proceeds or currency related to the sale or distribution of controlled substances, packaging material associated with the transportation of controlled substances via the United States Mail, and correspondence and other paraphernalia associated with the use or distribution of controlled substances.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before June 1, 2026 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Jeffrey L. Cureton.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ________ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of ________.

Date and time issued: May 18, 2026 @ 3:13 p.m.

[signature] J. Cureton
*Judge's signature*

City and state: Fort Worth, Texas

Jeffrey L. Cureton United States Magistrate Judge
*Printed name and title*

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4:26-MJ-392 | 05/18/26 @ 3:16 PM | USPIS Fort Worth, TX |

*Inventory made in the presence of :*
U.S. Postal Inspectors J. Lonborg and E. Cody

*Inventory of the property taken and name of any person(s) seized:*

Approximately 5 LBS 1.4 OZ of suspected psilocybin products (mushrooms, pills, edibles) labeled as LA Psychadelic Fruits

Miscellaneous parcel packaging and wrappings

**FILED**
**June 30, 2026**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

**Certification**

*I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

*Date:* May 18, 2026

Jared Lonborg
*Executing officer's signature*

Jared Lonborg, U.S. Postal Inspector
*Printed name and title*

Print Save As... Reset